UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK ANG,

               Plaintiff,

  -v-

BSDB MANAGEMENT INC.,

               Defendant.

CIVIL ACTION NO. 24 Civ. 1571 (RA) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on March 5, 2024, with Defendant's Answer due on March 26, 2024. (ECF No. 6). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **April 3, 2024**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Ronnie Abrams, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **April 17, 2024**.

Dated:     New York, New York
             March 27, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**